BEFORE THE THIRD DIVISION, APRIL 20, 1950

**No. 54257.**—Oldetyme Distillers, Inc., and Schenley Import Corp. *v.* United States, protests 115869–K and 124923–K (Pittsburgh and Indianapolis).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 54258.**—Standard Wine & Liquor Co., Inc., and Wine Shippers Import Corp. *v.* United States, protests 152117–K and 151997–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the merchandise, issues, and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as manifested, not found, is subject to an allowance in duties. The protests were sustained to this extent.

**No. 54259.**—Marks & Rosenfeld, Inc. *v.* United States, protest 153066–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested and not found were in fact not landed. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as manifested and not found, is subject to an allowance in duties. The protest was sustained to this extent.

**No. 54260.**—Samuel Freedman Co. and Paramount Distillers, Inc. *v.* United States, protests 118679–K and 118666–K (Cleveland).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54261.**—Amcu Trading Corp. et al. *v.* United States, protests 144290–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.